CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☑ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF: USA v. Mark Marmiler
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED *(Show your full name)*: Mark Marmiler

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☑ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge:
District Court: 13-CR-368
Court of Appeals:

CHARGE/OFFENSE *(describe if applicable & check box →)* ☑ Felony ☐ Misdemeanor
Conspiracy to operate an unlicensed Money Transmitting Business

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment? How much did you earn per month? $
If married, is your spouse employed? ☑ Yes ☐ No
IF YES, how much does your spouse earn per month? $ Approximately $3700 gross
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, total amount? $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE / DESCRIPTION
IF YES, give value and description for each $

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ Single
✓ Married
___ Widowed
___ Separated or Divorced
Total No. of Dependents:
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION: I have none due to incarceration. My wife pays rent, bills, car lease and other expenses.
TOTAL DEBT $
MONTHLY PAYMENT $

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 12/23/14